FILED: October 21, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-6887
(4:09-cr-00855-TLW-1)
(4:12-cv-03201-TLW)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DEMARIO JAQUON BAKER, a/k/a Mazo

      Defendant - Appellant

_____

J U D G M E N T
_____

In accordance with the decision of this court, a certificate of appealability is denied and the appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK